IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ARTHUR MOSES,

            *Plaintiff,*

   v.

RED DIAMOND TRUCKING,

            *Defendant.*

Civil Action No. 2:24-cv-242

Hon. William S. Stickman IV
Hon. Patricia L. Dodge

## ORDER OF COURT

Plaintiff Arthur Moses initiated this case by filing a motion to proceed *in forma pauperis* with an attached complaint. (ECF No. 1). His motion was granted. (ECF No. 2). Magistrate Judge Patricia L. Dodge then issued a Report and Recommendation in which she recommended dismissal of the case with prejudice due to lack of subject matter jurisdiction. (ECF No. 8). The parties were provided the opportunity to file objections, and no objections were filed. Therefore, the Court hereby ADOPTS Magistrate Judge Dodge's Report and Recommendation as its Opinion. It concurs with her thorough legal analysis and conclusion.

AND NOW, this 17 day of April 2024, IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE